```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SUMMERWIND WEST CONDOMINIUM OWNERS                                     :
ASSOCIATION INC.,                                                      :
                                                                       :
                       Plaintiff,                                      :
                                                                       :
        -v-                                                            :  22 Civ. 3165 (JPC)
                                                                       :
MT HAWLEY INSURANCE CO.,                                               :  ORDER
                                                                       :
                       Defendant.                                      :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a status conference on March 26, 2025, at 3:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. At the conference, the parties shall be prepared to discuss their views on the anticipated length of trial as well as their availability for trial for the remainder of the calendar year.

SO ORDERED.

Dated: March 7, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge