UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SUMMERWIND WEST CONDOMINIUM OWNERS                                :
ASSOCIATION INC.,                                                 :
                                                                  :
                           Plaintiff,                             :
                                                                  :
              -v-                                                 :    22 Civ. 3165 (JPC)
                                                                  :
MT. HAWLEY INSURANCE COMPANY and                                  :        ORDER
SYNDICATE 1458 AT LLOYD'S OF LONDON,                              :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Trial is scheduled to begin in this matter on October 20, 2025, with jury selection to commence that day at 9:30 a.m. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan. The joint proposed pretrial order and other required pretrial filings in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases (*i.e.*, motions *in limine*, joint proposed jury voir dire, joint requests to charge, joint proposed verdict form, and any pretrial memoranda of law) are due August 22, 2025. Any oppositions to motions *in limine* and responsive pretrial memoranda of law shall be filed by September 5, 2025. The parties shall appear for a final pretrial conference on October 16, 2025, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial

conference must be attended by the attorney who will serve as principal trial counsel. The parties shall submit thumb drives with electronic copies of all trial exhibits by October 17, 2025.

    SO ORDERED.

Dated: March 26, 2025  
       New York, New York

                                                  JOHN P. CRONAN  
                                         United States District Judge